274

**Doris N. ANDERSON, Plaintiff–Appellant,**

v.

**DUKE ENERGY CORPORATION, Defendant–Appellee.**

No. 10–1824.

United States Court of Appeals, Fourth Circuit.

Submitted: March 16, 2011.

Decided: April 13, 2011.

Doris N. Anderson, Appellant Pro Se. Jill Stricklin Cox, Kilpatrick Townsend & Stockton, LLP, Winston–Salem, North Carolina; John James Doyle, Jr., Candice S. Wooten, Constangy, Brooks & Smith, LLC, Winston–Salem, North Carolina, for Appellee.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Doris N. Anderson appeals the district court's order affirming the clerk's taxation of costs and awarding costs to the Defendant. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Anderson v. Duke Energy*

*Corp.*, No. 3:06–cv–00399–MR–DCK, 2010 WL 2509904 (W.D.N.C. June 22, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*